AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Edilberto Jeremias Velasquez-Garcia,<br><br>*Defendant(s)* | Case No.   25-mj-8361-BER |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 6, 2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a)(1) & (b) | Forcibly assaulting a Federal Officer and inflicting bodily injury |

This criminal complaint is based on these facts:

See attached affidavit in support of criminal complaint

FILED BY _TM_ D.C.
Jul 6, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE, Deportation Officer
*Printed name and title*

Sworn to and signed before me by
Telephone (Facetime) per
Fed. R. Crim. P. 4(d) & 4.1
.
Date: _____

Bruce Reinhart
Digitally signed by Bruce Reinhart
Date: 2025.07.06 16:07:20 -04'00'
*Judge's signature*

City and state:   West Palm Beach, Florida         Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT
OF
ANDY KORZEN
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.  I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.  This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Edilberto Jeremias VELASQUEZ-GARCIA committed the offense of forcibly assaulting a Federal Officer and inflicting bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

3.  On or about July 6, 2025, ICE officers were executing arrest warrant for an individual wanted for violation of immigration law at 101 South D Street, Lake Worth Beach, Florida, 33460. At approximately 6:50 am, first Deportation Officer (DO) arrived at the above address and observed an individual that was matching description of a wanted person and believed to be person he was looking for exiting residence and entering driver front door of blue Toyota Carolla. The vehicle departed a short time later and DO followed for a few blocks, after receiving information that his backup is nearby,

he initiated the vehicle stop using his blue and red emergency light. Toyota Carolla stopped, but upon the arrival of the second DO, the individual ignored the blue and red lights and drove off before officers were able to approach the vehicle.

4. Both officers followed the Toyota Carolla with blue and red lights activated, and using horn and siren periodically. The Toyota Carolla eventually stopped near 4th Avenue South and Dixie Highway intersection in Lake Worth Beach, Florida. Both officers, in tactical bulletproof vests with "POLICE" markings on front and back, approached the vehicle and after identifying themselves as police officers asked the individual for his identification. The individual refused to provide any form of ID and refused to identify himself verbally. At that time, they asked the individual to exit the vehicle and assisted him to get out. Individual started passively resisting, moving and turning, but after officers told him they are immigration officers he immediately started violently resisting. Officers concerned about their own safety asked him to put hands behind his back, he refused and after officers attempted to restrain him. In the course of a scuffle, both officers and the individual went to the ground. Officers were still attempting to restrain him, but individual was pushing away with force, grabbing officers by their vests, equipment attached to it, and their clothing.

5. First DO eventually was able to gain control of an individual's one arm when he bit him on the right wrist. Thereafter, as they continued to struggle on the ground, he grabbed second DO's firearm by the grip, but was unable to pull out of the holster, and second DO was forced to conduct weapon retention tactics to relieve the individual grip from the weapon and was able to maintain full control of the firearm.

6. Second DO deployed his agency issued taser, and after shock was delivered, officers were able to restrain the individual. Shortly thereafter, third DO arrived at the scene and called 911, and Palm Beach County Sheriff's Office deputies and EMS personnel arrived shortly thereafter.

7. Individual was searched for weapons and Guatemalan Consular ID Card was discovered in his possession, identifying him as Edilberto Jeremias VELASQUEZ-GARCIA, born in Huehuetenango, Guatemala.

8. Edilberto Jeremias VELASQUEZ-GARCIA was transported by EMS to JFK Hospital in Atlantis, Florida to remove taser prongs and to be checked for transmittable disease.

9. First DO sustained a bite to his right wrist, and abrasions to the right hand and left elbow. Second DO sustained abrasions to his lefthand fingers, and right elbow. Second DO did not seek medical assistance for his injuries, however, first DO received medical attention at the JFK Hospital.

10. Based on the foregoing, I submit that probable cause exists to believe that, on or about July 6, 2025, Edilberto Jeremias VELASQUEZ-GARCIA forcibly

assaulted a Federal Officer and inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of July 2025.

Bruce Reinhart
Digitally signed by Bruce Reinhart
Date: 2025.07.06 16:07:05 -04'00'
_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. _____

**Defendant's Name: <u>Edilberto Jeremias Velasquez-Garcia</u>,**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
|  | Forcibly assaulting a Federal Officer and inflicting bodily injury | 18 U.S.C. §§ 111(a)(1) and (b) | 20 years' imprisonment<br>$250,000 fine<br>3 years' supervised release |
|  |  |  |  |